UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-06480-CBM-(JCx) | Date | October 16, 2024   JS-6 |
| Title | Daniel Ferguson v. Amazon Studios, LLC et al | | |

Present: The Honorable   **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER GRANTING STIPULATION TO REMAND ACTION TO LOS ANGELES SUPERIOR COURT   [11] [13] [JS-6]**

The Court, having read and considered the parties' joint stipulation to remand this action to Los Angeles Superior Court (Dkt. No. 13), and good cause appearing, hereby **GRANTS** the stipulation and remands this case to Los Angeles Superior Court.   Defendant's pending motion to dismiss the First Amended Complaint (Dkt. No. 11) is hereby denied as moot.

**IT IS SO ORDERED.**